# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4325EM

_____

Mark Kevin Butts,

        Appellant,

    v.

Correctional Medical Services; Christian
Kolom, Medical Administrator; Bonnie
Henson, Chief of Nursing Services;
Santiago Hallazgo, Chief of Doctor
Services; Dr. Treadwell, State-Wide
Medical Director; James Purkett,
Superintendent, F.C.C.; Dora Schriro,
Director, Mo. Dept. Corr.,

        Appellees.

Appeal from the United States
District Court for the Eastern
District of Missouri.

[UNPUBLISHED]

_____

Submitted:  June 22, 1998
Filed: June 25, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Mark Kevin Butts, a Missouri inmate, appeals the district court's adverse grants of summary judgment in Butts's 42 U.S.C. § 1983 lawsuit.  The district court characterized Butts's claim of substandard medical care as nothing more than an

unactionable difference of opinion with the doctors' medical judgments.  We agree.
After careful review of the record and the partes' briefs, we conclude the district court's
judgment was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.